# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.  **CV 17-2620-JFW(AFMx)**                                       Date: June 1, 2017

Title:   Brian Novakovich -v- Clayton Metals, Inc., et al.

---

**PRESENT:**
   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                                   None Present
   Courtroom Deputy                                 Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
   None                                             None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DENYING PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT; REQUEST FOR ATTORNEYS' FEES IN THE AMOUNT OF $9,054.00 [filed 5/4/2017; Docket No. 20]**

   On May 4, 2017, Plaintiff Brian Novakovich ("Plaintiff") filed a Motion to Remand Action to State Court and Request for Attorneys' Fees in the Amount of $9,054.00.  On May 15, 2017, Defendant Clayton Metals, Inc. ("Defendant") filed its Opposition.  On May 22, 2017, Plaintiff filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for June 5, 2017 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

   For the reasons stated in Defendant's Opposition, Plaintiff's Motion to Remand Action to State Court and Request for Attorneys' Fees in the Amount of $9,045.00 is **DENIED**.  The Court adopts and signs, as modified, Defendant's Proposed Statement of Decision lodged with the Court on May 31, 2017 [Docket No. 28-1].


   IT IS SO ORDERED.